# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Western Energy Alliance and North Dakota Petroleum Council, | ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| U.S. Department of the Interior, Sally Jewell, in her official capacity as Secretary, Bureau of Land Management, part of the U.S. Department of Interior, Neil Knornze, in his official capacity as Director of the Bureau of Land Management, U.S. Department of Agriculture, Tom Vilsack, in his official capacity as Secretary, U.S. Forest Service, a party of the U.S. Department of Agriculture, Thomas L. Tidwell, in his official capacity as Chief, U.S. Forest Service, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 1:16-cv-112 |
| Defendants. | ) | |

Before the court is a motion for attorney Laurence Michael Bogert ato appear *pro hac vice* on behalf of Amicus Curiae Governor Gary R. Herbert, State of Utah, and State Institutional Trust Lands Administration. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Laurence Michael Bogert has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 28) is **GRANTED**. Attorney Laurence Michael Bogert is admitted to practice before this court in the above-entitled action on behalf of Amicus Curiae Governor Gary R. Herbert, State of Utah, and State Institutional Trust Lands Administration

1

**IT IS SO ORDERED.**

Dated this 15th day of July, 2016.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr.
                                           United States Magistrate Judge