# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | ) | Case No. 1:16-cv-02482-EGS |
|  | ) |  |
| WESTERN ENERGY ALLIANCE, *et al.*, | ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| U.S. DEPARTMENT OF THE | ) |  |
| INTERIOR, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

---

## TWELFTH JOINT STATUS REPORT

---

1.      Plaintiffs, Western Energy Alliance and North Dakota Petroleum Council challenge the actions of the Defendants, the Department of the Interior and the Bureau of Land Management ("BLM") in issuing Land Use Plan Amendments relating to the Greater Sage-Grouse ("Plan Amendments").

2.      This case is currently stayed at the joint request of Plaintiff and Defendants to avoid the waste of resources that would be incurred in proceeding with litigation while the Defendant Agencies are actively revisiting the challenged policies and undertaking administrative actions that could obviate the need for litigation.  *See* ECF Nos. 70, 72, 73, 75, 76, 77, 78, 79, 80, 81, and 82.

3.      On April 30, 2020, the Plaintiff and Defendants submitted a status report advising the Court that they believed a continued stay of 90 days was warranted.  *See* ECF No. 83.  On July 2, 2020, the Court directed the parties to submit a joint status report by July 29, 2020

advising the Court of whether a continued stay is warranted or if litigation deadlines should be reinstated. As set forth below, Plaintiff and Defendants submit that a continued stay of 90 days is warranted.

4.     In support of continuing the stay, Plaintiff and Defendants note that, on March 15, 2019, BLM issued Records of Decision and final Resource Management Plan Amendments ("RMPA") for Greater Sage-Grouse for Oregon, Colorado, Idaho, Utah, Nevada/Northeastern California, and Wyoming.[1]  In litigation challenging the BLM's 2019 RODs, the U.S. District Court for the District of Idaho granted a motion by plaintiffs in that case to preliminarily enjoin the BLM's 2019 RMPAs. *See* Dkt. No. 189, *W. Watersheds Proj., et al. v. Schneider, et al.*, 1:16-cv-00083-BLW (D. Idaho, Oct. 16, 2019).

5.     On February 21, 2020, in response to the Idaho Court's Preliminary Injunction Order, the BLM published six draft Supplemental Environmental Impact Statements ("SEISs") to "supplement and clarify the NEPA analysis BLM relied on in approving its 2019 Sage Grouse Plan Amendments. *See, e.g.*, Notice of Availability of the Idaho Draft Supplemental Environmental Impact Statement for Greater Sage-Grouse Conservation, 80 Fed. Reg. 10,185 (Feb. 21, 2020).  The BLM extended the comment period from 45 days to 90 days on April 6, 2020. The comment period will close on May 21, 2020.  BLM anticipates that it will complete the SEIS process by this fall.  The outcome of this SEIS process may impact Plaintiff's claims concerning the 2019 Sage-Grouse Plan Amendments.

---

[1] https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=renderDefaultPlanOrProjectSite&projectId=90121&dctmId=0b0003e880fb63b3

6.      In addition, the Plaintiffs and Defendants note that the Forest Service issued the Final EIS and draft RODs for Proposed Land Management Plan Amendments for pre-decisional objections on July 31, 2019.[2]  Under Forest Service regulations, the Final EISs and draft ROD are subject to a pre-decisional objection process. *See* 36 C.F.R. 219 subpart B. The period for filing objections closed on October 1, 2019.  Final RODs will be issued after the Forest Service responds to the objections received.

7.      Plaintiff and Defendants have conferred and agree that the processes initiated by the Agencies may result in further administrative actions that could obviate the need for litigation in this case.

8.      To conserve litigant and judicial resources, Plaintiffs and Defendants request that the current stay of the litigation be continued for an additional 90 days.

9.      Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936), *quoted in Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *see also Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

10.      Nothing in this agreement precludes any party from seeking to lift this stay and reinstate the litigation.

---

[2] https://www.govinfo.gov/content/pkg/FR-2019-07-31/pdf/2019-16283.pdf

11.     Within 90 days the parties shall submit a status report advising the Court whether a continued stay is warranted. If litigation deadlines should be reinstated, the parties shall propose a revised litigation schedule.

12.     Counsel for the Federal Defendants has conferred with counsel for the proposed Defendant-Intervenors and is advised that they do not oppose continuation of the stay.

Respectfully submitted this 29th day of July 2020.

.

JEAN E. WILLIAMS
Deputy Assistant Attorney General

/s/ Barclay T. Samford
BARCLAY T. SAMFORD
LUTHER L. HAJEK
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; (303) 844-1475
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov
clay.samford@usdoj.gov

ATTORNEYS FOR DEFENDANTS


BEATTY & WOZNIAK, P.C.
/s/ Bret A. Sumner
Bret A. Sumner
bsumner@bwenergylaw.com
Malinda Morain
mmorain@bwenergylaw.com

BEATTY & WOZNIAK, P.C..
216 Sixteenth Street, Suite 1100
Denver, Colorado 80202-5115
Phone Number: 303-407-4499
Fax Number: 1-800-886-6566

ATTORNEYS FOR PLAINTIFFS

WESTERN ENERGY ALLIANCE
NORTH DAKOTA PETROLEUM COUNCIL