IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WESTERN ENERGY ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | ) Case No. 1:16-cv-02482-EGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**TWENTIETH JOINT STATUS REPORT**

1.  Plaintiffs, Western Energy Alliance and North Dakota Petroleum Council challenge the actions of the Defendants, the Department of the Interior and the Bureau of Land Management ("BLM") in issuing Land Use Plan Amendments relating to the Greater Sage-Grouse ("Plan Amendments").

2.  This case is currently stayed at the joint request of Plaintiff and Defendants to avoid the waste of resources that would be incurred in proceeding with litigation while the Defendant Agencies are actively revisiting the challenged policies and undertaking administrative actions that could obviate the need for litigation. *See* ECF Nos. 70, 72, 73, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 90, 91 and 92.

3.  The current stay required the parties to submit a status report by September 7, 2022, advising the Court of whether a continued stay is warranted or if litigation deadlines

should be reinstated.  *See* June 9, 2021 Minute Order.  As set forth below, Plaintiff and Defendants submit that a continued stay of ninety days is warranted.

4.      In support of continuing the stay, Plaintiff and Defendants note that, on March 15, 2019, BLM issued Records of Decision and final Resource Management Plan Amendments ("RMPA") for Greater Sage-Grouse for Oregon, Colorado, Idaho, Utah, Nevada/Northeastern California, and Wyoming.[1]  In litigation challenging the BLM's 2019 RODs, the U.S. District Court for the District of Idaho granted a motion by plaintiffs in that case to preliminarily enjoin the BLM's 2019 RMPAs.  *See* Dkt. No. 189, *W. Watersheds Proj., et al. v. Schneider, et al.*, 1:16-cv-00083-BLW (D. Idaho, Oct. 16, 2019).  Proceedings in the Idaho case are currently on hold, and a status report was filed on September 6, 2022.

5.      On February 21, 2020, in response to the Idaho Court's Preliminary Injunction Order, the BLM published six draft Supplemental Environmental Impact Statements ("SEISs") to "supplement and clarify the NEPA analysis BLM relied on in approving its 2019 Sage Grouse Plan Amendments.  *See, e.g.*, Notice of Availability of the Idaho Draft Supplemental Environmental Impact Statement for Greater Sage-Grouse Conservation, 80 Fed. Reg. 10,185 (Feb. 21, 2020).  BLM issued final SEISs on November 20, 2020.  On January 14, 2021, BLM published six records of decision completing the supplemental NEPA processes. *See*, *e.g.*, Notice of Availability of the Record of Decision for Greater Sage-Grouse Management, Idaho, 86 Fed. Reg. 3,180 (Jan. 14, 2021).

6.      The new administration is in the process of reviewing these decisions and the associated lawsuits.  BLM is currently evaluating the existing Sage Grouse plans and related

---

[1] https://eplanning.blm.gov/epl-front-office/eplanning/planAndProjectSite.do?methodName=renderDefaultPlanOrProjectSite&projectId=90121&dctmId=0b0003e880fb63b3

policies, and on November 22, 2021, BLM's notice of intent to initiate a new planning process was published in the Federal Register. *See* Notice of Intent to Amend Land Use Plans Regarding Greater Sage-Grouse Conservation and Prepare Associated Environmental Impact Statements. *See* 86 Fed. Reg. 66,331 (Nov. 22, 2021). This new planning process will address inclusion of any new information and revisit deficiencies identified by the Idaho District Court. Virtual scoping meetings took place on January 11 and 24, 2022, and the scoping period closed on February 7, 2022. BLM completed its review of the comments and published a Scoping Report summarizing the comments and identifying planning issues on July 22, 2022. *See* https://eplanning.blm.gov/public_projects/2016719/200502020/20062491/250068673/20220627_GRSGScopingReport_Final_508.pdf.

7. In addition, the Plaintiff and Defendants note that the Forest Service issued the Final EIS and draft RODs for Proposed Land Management Plan Amendments for pre-decisional objections on July 31, 2019.[2] Under Forest Service regulations, the Final EISs and draft ROD are subject to a pre-decisional objection process. *See* 36 C.F.R. 219 subpart B. The period for filing objections closed on October 1, 2019. The Forest Service sent responses to the objections on August 31, 2020. The Forest Service is now working on the final records of decision, and it is uncertain when those decisions may be issued.

8. To conserve the parties' and the Court's resources, Plaintiffs and Defendants request that the current stay of the litigation be continued for an additional 90 days.

9. Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of

---

[2] https://www.govinfo.gov/content/pkg/FR-2019-07-31/pdf/2019-16283.pdf.

time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936), *quoted in Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *see also Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

10. Nothing in this agreement precludes any party from seeking to lift this stay and reinstate the litigation.

11. Within ninety days the parties shall submit a status report advising the Court whether a continued stay is warranted. If litigation deadlines should be reinstated, the parties shall propose a revised litigation schedule.

12. Counsel for the Federal Defendants has conferred with counsel for the proposed Defendant-Intervenors and is advised that they do not oppose continuation of the stay.

Respectfully submitted this 7th day of September, 2022.

                TODD KIM
                Assistant Attorney General

                */s/ Luther L. Hajek*
                LUTHER L. HAJEK
                U.S. Department of Justice
                Environment and Natural Resources Division
                Natural Resources Section
                999 18th Street, South Terrace, Suite 370
                Denver, CO 80202
                Tel: (303) 844-1376
                Fax: (303) 844-1350
                E-mail: luke.hajek@usdoj.gov

                ATTORNEYS FOR DEFENDANTS

                BEATTY & WOZNIAK, P.C.
                */s/ Bret A. Sumner*
                Bret A. Sumner
                bsumner@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

BEATTY & WOZNIAK, P.C..
1675 Broadway, Suite 600
Denver, Colorado 80202
Phone Number: 303-407-4499
Fax Number: 1-800-886-6566

ATTORNEYS FOR PLAINTIFFS
WESTERN ENERGY ALLIANCE
NORTH DAKOTA PETROLEUM COUNCIL